# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146604 (31)

IN RE KNOP
_____

LORI KNOP,

      Plaintiff,

v

                                    SC: 146604
                                    COA: 311117

WASHTENAW CIRCUIT COURT JUDGE,

      Defendant.
_____

      On order of the Chief Justice, plaintiff's motion for reconsideration of the order of February 5, 2013 is denied because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2013

_____
Clerk

jam